UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**GLEDA HELLER,**                                      Civil No. 06-3333 MJD/SRN
**a/k/a Gail Ruth Heller,**

       **Plaintiff,**

v.

                                                    **ORDER**

**SOCIAL SECURITY ADMINISTRATION,**

       **Defendant.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 17, 2007.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's Application To Proceed In Forma Pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: February 13, 2007

                                                 s/Michael J. Davis
                                                 Judge Michael J. Davis
                                                 United States District Court Judge